In the Matter of ALFIE'S FISH AND CHIPS OF HOUSTON, TEXAS, Petitioner, v. ZONING BOARD OF APPEALS OF THE CITY OF SARATOGA SPRINGS et al., Respondents.—

Herlihy, P. J., Reynolds, Greenblott and Cooke, JJ., concur; Sweeney, J., not voting.